IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO

| | |
|---|---|
| **Michael and Tia Jones** : <br> **13540 Capetown Avenue** : <br> **Pickerington, Ohio 43147,** : <br> : <br>        **Plaintiffs,** : <br> : <br>     **v.** : <br> : <br> **GSV Transportation, Inc.** : <br> **1380 West Mission Boulevard** : <br> **Ontario, California 91762-4786** : <br> : <br>        **also serve:** : <br> : <br>        **GSV Transportation, Inc.** : <br>        **c/o Victor Manuel Garcia,** : <br>        **Statutory Agent** : <br>        **1792 Via Verde Drive** : <br>        **Rialto, California 92377** : <br> : <br>        **and** : <br> : <br> **GSV Trans., Inc.** : <br> **3390 Country Village Road, Apt. 3108** : <br> **Jurupa Valley, California 92509** : <br> : <br>        **also serve:** : <br> : <br>        **GSV Trans., Inc.** : <br>        **c/o Arvinder Singh Virk,** : <br>        **Statutory Agent** : <br>        **3390 Country Village Road** : <br>        **Riverside California 92509** : <br> : <br> **Victor Manuel Garcia** : <br> **1792 Via Verde Drive** : <br> **Rialto, California 92377** : <br> : <br>        **and** : <br> : <br> **Sandeep Singh** : <br> **14520 Village Drive, Apt. 207** : <br> **Fontana, CA 92337,** : <br> : <br>        **Defendants.** : | Case No. <br><br> Judge <br><br><br> **JURY DEMAND** <br> **ENDORSED HEREON** |

**COMPLAINT**

1.     This Complaint asserts claims for serious and permanent personal injury and loss of consortium resulting from a tractor-trailer driver, who entered the highway using an exit ramp and, after driving nearly a mile in the wrong direction in the pitch black, recklessly attempted an illegal and uncontrolled U-turn, blocking all four lanes of traffic.

**PARTIES, JURISDICTION, AND VENUE**

2.     Plaintiffs Michael and Tia Jones are residents of Pickerington, Ohio, located in Fairfield County.

3.     Defendant GSV Transportation, Inc. is a corporation formed under the laws of the State of California with a principal place of business Rialto, California. GSV is a registered motor common carrier (DOT # 3376950, MC # 1083319) for the transportation of goods in interstate commerce.

4.     Defendant GSV Trans., Inc. is a corporation formed under the laws of the State of California with a principal place of business in Riverside, California. GSV is a registered motor common carrier (DOT # 3376950, MC # 1083319) for the transportation of goods in interstate commerce.

5.     Defendant Victor Manuel Garcia is an individual registered as a motor vehicle contract carrier (DOT # 1772436, MC # 646960) for the transportation of goods in interstate commerce. GSV Transportation, Inc./GSV Trans., Inc.'s website identifies the DOT/MC No. as 646960, which is registered to Defendant Victor Manuel Garcia.

6.     The Complaint will refer to GSV Transportation, GSV Trans., Inc., and Victor Manuel Garcia collectively as GSV.

7.     Defendant Sandeep Singh is a resident of Fontana, California, located in San Bernardino County. Sandeep Singh drove the tractor-trailer for GSV that caused the crash.

8. This Court has jurisdiction over this matter because the crash occurred in Franklin County, Ohio.

9. Venue is proper in this Court pursuant to Civil Rule 3(C)(3), (6), and (7).

## FACTS

10. Around 5:00 a.m. on August 17, 2021, Defendant Sandeep Singh, driving a tractor-trailer in the course and scope of his employment for Defendant GSV Transportation, entered the exit ramp to I-70 West at East Mound Street and South Washington Avenue. Singh proceeded to drive in the wrong direction on the highway for nearly a mile:



11. Ohio Department of Transportation ("ODOT") video footage shows Singh travelling the wrong way on I-70 toward the crash site:



3

12. Instead of stopping and waiting for assistance from law enforcement, Singh recklessly attempted a dangerous and illegal U-turn, blocking all four lanes of traffic. The following diagram depicts the crash scene[1]:



13. By the time Michael saw the truck, it was too late. Michael slammed on his brakes but crashed into the truck, bounced off the rear axle, and crashed into the concrete median barrier.

14. As a direct and proximate result of Singh's reckless driving, Michael suffered catastrophic and permanent injuries. Specifically, the crash resulted in: a comminuted and displaced open fracture of Michael's right femur; a nondisplaced right acetabulum fracture; a right iliac bone fracture; a right pubic rami fracture; a right patella fracture; a right popliteal artery aneurysm (1.8 cm x 1.7 cm); a right navicular fracture; an open displaced intra-articular fracture of right calcaneus; an acute blood loss anemia; and significant abrasions and lacerations.

15. Columbus Police cited Singh for driving the wrong way in violation of Section 2131.30(A) of Columbus City Traffic Code and for making a prohibited U-turn in violation of Section 2131.12(A) of Columbus City Traffic Code. Singh also violated Ohio law—specifically Sections 4511.32, 4511.13, and 4511.37 of the Ohio Revised Code.

---

[1] A copy of the Crash Report is attached hereto as Exhibit A.

4

16. Singh pled guilty to the original charge of driving the wrong way on the highway in violation of Columbus City Traffic Code § 2131.30(A).

## COUNT I
### (Negligence *Per Se*—Singh)

17. Plaintiffs repeat and reallege the allegations set forth in the preceding paragraphs as if fully rewritten herein.

18. Plaintiff Michael Jones operated a vehicle on a public roadway traveling westbound on the way to work.

19. Section 2131.30(A) of Columbus's Traffic Code provides:

> Upon a roadway designated and posted with signs for one-way traffic a vehicle shall be driven only in the direction designated[.]

20. Section 4511.32 of the Ohio Revised Code provides the same:

> Upon a roadway designated and posted with signs for one-way traffic a vehicle shall be driven only in the direction designated.

21. ODOT cameras recorded Singh entering the highway *using the exit ramp* at East Mound Street and South Washington Avenue. Singh continued to drive the tractor-trailer in the opposite direction of traffic for nearly a mile until he attempted an illegal U-Turn just before the South Ohio Avenue bridge.

22. Columbus Police cited Singh for driving the wrong way in violation of §2131.30(A). In September 2021, Singh pled guilty to the charge of driving the wrong way on the highway in violation of §2131.30(A). Thus, Singh was *per se* negligent for driving the wrong way on the highway in violation of local and state law.

23. Sections 4511.13 and 4511.37 of the Ohio Revised Code place numerous restrictions on vehicles attempting U-turns. Specifically, a vehicle attempting a U-turn on the

5

highway is required to yield the right-of-way to other vehicles to avoid creating "an immediate hazard." Section 4511.37 of the Ohio Revised Code prohibits vehicles from making U-turns if the vehicle cannot be seen within 500 feet by the driver of any other vehicle approaching from either direction.

24. More importantly, U-turns are prohibited in the City of Columbus. Section 2131.12 of Columbus's Traffic Code provides:

> No vehicle shall be turned so as to proceed in the opposite direction upon any street or highway. Turns commonly known as "U" turns are hereby prohibited.

25. As Columbus Police reported on the crash report, Singh "attempt[ed] to make a U-turn on 170W just west of the S. Ohio Ave bridge." *See* Exhibit A. Columbus Police cited Singh for making an illegal U-turn. Thus, Singh was *per se* negligent.

26. Also, as provided on the crash report, "[t]he U-turn caused Unit #2 (Michael's vehicle) to strike Unit #1 (the tractor-trailer) in the 4th axle and tires." *See* Exhibit A.

27. As a direct and proximate result of Defendants' unlawful conduct, Plaintiffs have suffered bodily injury, pain and suffering, mental anguish, loss of capacity for enjoyment of life, reasonable and necessary medical expenses, medical treatment, stress, and anxiety. Plaintiffs' injuries and losses are both severe and continuing, as Plaintiffs' injuries and losses will continue into the future.

## COUNT II
### (Negligence/Recklessness—Singh)

28. Defendant Singh had a duty to safely and lawfully operate the commercial tractor-trailer at the time of the crash.

29. Singh breached that duty by entering the interstate via the exit ramp at freeway speeds, driving in the wrong direction for nearly a mile, and attempting an illegal U-turn in the

6

dark, thereby blocking all four lanes of traffic. In doing so, Singh exhibited indifference to the serious consequences of his actions and disregarded a substantial and unjustifiable risk that his conduct was likely to cause serious injury to nearby motorists.

30. As a direct and proximate result of Defendant's unlawful conduct, Plaintiffs have suffered bodily injury, pain and suffering, mental anguish, loss of capacity for enjoyment of life, reasonable and necessary medical expenses, medical treatment, stress, and anxiety. Plaintiffs' injuries and losses are both severe and continuing, as Plaintiffs' injuries and losses will continue into the future.

## COUNT III
### (*Respondeat Superior*—GSV)

31. Defendant Singh was an employee, agent, leased driver and/or servant of GSV and was acting within the course and scope of his employment with GSV at the time of the crash. Under the common law principals of *respondeat superior*, as well as agency principals, GSV is vicariously liable for Singh's conduct.

32. As a direct and proximate result of Defendant GSV and Defendant Singh's negligence *per se*, negligence, and/or reckless conduct, Michael Jones suffered bodily injury, pain and suffering, mental anguish, loss of capacity for enjoyment of life, reasonable and necessary medical expenses, medical treatment, stress, and anxiety. Plaintiffs' injuries and losses are both severe and continuing, as Plaintiffs' injuries and losses will continue into the future.

## COUNT IV
### Loss of Consortium—Against All Defendants

33. Plaintiffs hereby incorporate by reference the preceding paragraphs as if fully recited herein.

34. Tia Jones is the lawful wife of Michael Jones. The two live together as husband and wife.

7

35. As a direct and proximate cause of the acts, omissions and/or reckless conduct of Defendants and the severe and permanent injuries suffered by Michael Jones, Tia Jones has sustained a loss of consortium of her husband and is entitled to full compensation for that loss in an amount to be determined at trial.

36. The loss of consortium and associated damages are continuing in nature.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against all Defendants, jointly and severally, as follows:

    (a)    Compensatory damages on each claim set forth in the Complaint in excess of $25,000.00;

    (b)    Punitive damages in an amount to be determined at trial;

    (c)    Plaintiff's attorney fees and costs of this action;

    (d)    Such additional relief as the Court deems just and equitable.

Respectfully submitted,

/s/ Sean R. Alto
Rex H. Elliott (0054054)
Sean R. Alto (0087713)
Chelsea C. Weaver (0096850)
Cooper & Elliott, LLC
305 West Nationwide Boulevard
Columbus, Ohio 43215
(614) 481-6000
(614) 481-6001 (Facsimile)
rexe@cooperelliott.com
seana@cooperelliott.com
chelseaw@cooperelliott.com

Attorneys for Plaintiffs
Michael and Tia Jones

8

## JURY DEMAND

Plaintiff hereby demands a trial by a jury of eight (8) persons on all issues triable under the law.

                                                           /s/ Sean R. Alto
                                                           Sean R. Alto (0087713)

Case: 2:21-cv-05061-MHW-ECD Doc #: 6 Filed: 12/16/21 Page: 10 of 15 PAGEID #: 90
Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Oct 12 2:44 PM-21CV006484
0F663 - D61

# EXHIBIT A

0F663 - D62          Franklin County Ohio Clerk of Courts of the Common Pleas- 2021 Dec 23 2:45 PM-21CV006491
Case: 21CV-05-2914-ECD Doc #: 6 Filed: 12/23/2021 Pg: 12 of 45 PAGEID #: 691

# TRAFFIC CRASH REPORT

| | | | LOCAL INFORMATION 122 | | | | 210613582 |
|---|---|---|---|---|---|---|---|
| ☐ PHOTOS TAKEN | ☐ OH-2 | ☐ OH-3 | REPORTING AGENCY NAME * | | NCIC * | HIT/SKIP | NUMBER OF UNITS | UNIT IN ERROR |
| ☐ SECONDARY CRASH | ☐ OH-1P ☐ PRIVATE PROPERTY | ☐ OTHER | COLUMBUS POLICE DEPARTMENT | | COP00 | 1 - SOLVED 2 - UNSOLVED | 2 | 98 - ANIMAL 1 99 - UNKNOWN |

| COUNTY* | LOCALITY* | LOCATION: CITY, VILLAGE, TOWNSHIP* | CRASH DATE / TIME* | CRASH SEVERITY |
|---|---|---|---|---|
| 25 | 1 | 1 - CITY 2 - VILLAGE 3 - TOWNSHIP | Columbus | 08/17/2021 05:02 | 2 | 1 - FATAL 2 - SERIOUS INJURY SUSPECTED 3 - MINOR INJURY SUSPECTED 4 - INJURY POSSIBLE 5 - PROPERTY DAMAGE ONLY |

**LOCATION**

| ROUTE TYPE | ROUTE NUMBER | PREFIX | LOCATION ROAD NAME | ROAD TYPE | LATITUDE DECIMAL DEGREES |
|---|---|---|---|---|---|
| IR | 70W | 1 - NORTH 2 - SOUTH 3 - EAST 4 - WEST | | | 39.954800 |

**REFERENCE**

| ROUTE TYPE | ROUTE NUMBER | PREFIX | REFERENCE ROAD NAME (ROAD, MILEPOST, HOUSE #) | ROAD TYPE | LONGITUDE DECIMAL DEGREES |
|---|---|---|---|---|---|
| | | 2 | Ohio | AV | -82.977950 |

| REFERENCE POINT | DIRECTION FROM REFERENCE | ROUTE TYPE | ROAD TYPE | INTERSECTION RELATED |
|---|---|---|---|---|
| 1 - INTERSECTION 1 2 - MILE POST 3 - HOUSE # | 1 - NORTH 4 2 - SOUTH 3 - EAST 4 - WEST | IR - INTERSTATE ROUTE (TP) US - FEDERAL US ROUTE SR - STATE ROUTE CR - NUMBERED COUNTY ROUTE TR - NUMBERED TOWNSHIP ROUTE | AL - ALLEY   HW - HIGHWAY   RD - ROAD AV - AVENUE   LA - LANE   SQ - SQUARE BL - BOULEVARD   MP - MILEPOST   ST - STREET CR - CIRCLE   OV - OVAL   TE - TERRACE CT - COURT   PK - PARKWAY   TL - TRAIL DR - DRIVE   PI - PIKE   WA - WAY HE - HEIGHTS   PL - PLACE | ☐ WITHIN INTERSECTION OR ON APPROACH ☐ WITHIN INTERCHANGE AREA     NUMBER OF APPROACHES |

| DISTANCE FROM REFERENCE | DISTANCE UNIT OF MEASURE | | |
|---|---|---|---|
| 800.00 | 2 | 1 - MILES 2 - FEET 3 - YARDS | **ROADWAY** ☐ ROADWAY DIVIDED |

| LOCATION OF FIRST HARMFUL EVENT | MANNER OF CRASH COLLISION/IMPACT | DIRECTION OF TRAVEL | MEDIAN TYPE |
|---|---|---|---|
| 1 - ON ROADWAY   9 - CROSSOVER 1 2 - ON SHOULDER   10 - DRIVEWAY/ALLEY ACCESS 3 - IN MEDIAN   11 - RAILWAY GRADE CROSSING 4 - ON ROADSIDE   12 - SHARED USE PATHS OR 5 - ON GORE    TRAILS 6 - OUTSIDE TRAFFIC WAY   13 - BIKE LANE 7 - ON RAMP   14 - TOLL BOOTH 8 - OFF RAMP   99 - OTHER / UNKNOWN | 6 1 - NOT COLLISION   4 - REAR-TO-REAR   BETWEEN   5 - BACKING   TWO MOTOR   6 - ANGLE   VEHICLES IN   7 - SIDESWIPE, SAME DIRECTION   TRANSPORT   8 - SIDESWIPE, OPPOSITE DIRECTION 2 - REAR-END   9 - OTHER / UNKNOWN 3 - HEAD-ON | 1 - NORTH 2 - SOUTH 3 - EAST 4 - WEST | 1 - DIVIDED FLUSH MEDIAN ( <4 FEET ) 2 - DIVIDED FLUSH MEDIAN ( ≥4 FEET ) 3 - DIVIDED, DEPRESSED MEDIAN 4 - DIVIDED, RAISED MEDIAN (ANY TYPE) 9 - OTHER / UNKNOWN |

| ☐ WORK ZONE RELATED ☐ WORKERS PRESENT ☐ LAW ENFORCEMENT PRESENT ☐ ACTIVE SCHOOL ZONE | WORK ZONE TYPE 1 - LANE CLOSURE 2 - LANE SHIFT/ CROSSOVER 3 - WORK ON SHOULDER    OR MEDIAN 4 - INTERMITTENT OR MOVING WORK 5 - OTHER | LOCATION OF CRASH IN WORK ZONE 1 - BEFORE THE 1ST WORK ZONE    WARNING SIGN 2 - ADVANCE WARNING AREA 3 - TRANSITION  AREA 4 - ACTIVITY AREA 5 - TERMINATION AREA | CONTOUR 1 1 - STRAIGHT    LEVEL 2 - STRAIGHT    GRADE 3 - CURVE LEVEL 4 - CURVE GRADE 9 - OTHER    /UNKNOWN | CONDITIONS 1 1 - DRY 2 - WET 3 - SNOW 4 - ICE 5 - SAND, MUD, DIRT,    OIL, GRAVEL 6 - WATER (STANDING,    MOVING) 7 - SLUSH 9 - OTHER / UNKNOWN | SURFACE 2 1 - CONCRETE 2 - BLACKTOP,    BITUMINOUS,    ASPHALT 3 - BRICK/BLOCK 4 - SLAG, GRAVEL,    STONE 5 - DIRT 9 - OTHER    / UNKNOWN |

| LIGHT CONDITION | WEATHER |
|---|---|
| 1 - DAYLIGHT 2 2 - DAWN/DUSK 3 - DARK - LIGHTED ROADWAY 4 - DARK - ROADWAY NOT LIGHTED 5 - DARK - UNKNOWN ROADWAY LIGHTING 9 - OTHER / UNKNOWN | 1 - CLEAR   6 - SNOW 1 2 - CLOUDY   7 - SEVERE CROSSWINDS 3 - FOG, SMOG, SMOKE   8 - BLOWING SAND, SOIL, DIRT, SNOW 4 - RAIN   9 - FREEZING RAIN OR FREEZING DRIZZLE 5 - SLEET, HAIL   99 - OTHER / UNKNOWN |

NARRATIVE

Unit #1 entered interstate 70 West from the Mound St Connector traveling the wrong way on the freeway (East in the Westbound lanes). Unit # 1 attempt to make a u-turn on I70W just west of the S. Ohio Ave bridge. The u-turn caused Unit #2 to strike Unit #1 in the 4th axle and tires. Unit #2 bounced off of the tires and came to final rest after striking the median. Unit #2 suffered disabling damage and Driver of Unit #2 sustained a serious leg injury. Driver of Unit #2 was transported by CFD Medic 15 to Grant in stable condition. Unit #1 suffered disabling damage to the axel and the occupants were uninjured. Unit #2 was impounded for safekeeping. Driver of Unit #1 was cited for driving the wrong way and making a prohibited u-turn (CPD043227).

| CRASH REPORTED DATE / TIME | DISPATCH DATE / TIME | ARRIVAL DATE / TIME | SCENE CLEARED DATE / TIME | REPORT TAKEN BY |
|---|---|---|---|---|
| 08/17/2021 05:02 | 08/17/2021 05:02 | 08/17/2021 05:08 | 08/17/2021 06:09 | X POLICE AGENCY ☐ MOTORIST |

| TOTAL TIME ROADWAY CLOSED | OTHER INVESTIGATION TIME | TOTAL MINUTES | OFFICER'S NAME* HOGUE, MARY | CHECKED BY OFFICER'S NAME* DAVIS, TIMOTHY | ☐ SUPPLEMENT (CORRECTION OR ADDITION TO AN EXISTING REPORT SENT TO ODPS) |
|---|---|---|---|---|---|
| 30 | | 67 | OFFICER'S BADGE NUMBER* 1502 | CHECKED BY OFFICER'S BADGE NUMBER* 5324 | |

PAGE 1 OF 5

# UNIT

**LOCAL REPORT NUMBER:** 210613582

## OWNER

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE (☐ SAME AS DRIVER) | OWNER PHONE: INCLUDE AREA CODE (☐ SAME AS DRIVER) |
|---|---|---|
| 1 | SINGH, RANBIR | |

**OWNER ADDRESS:** STREET, CITY, STATE, ZIP (☐ SAME AS DRIVER)
7910 MISSION BLVD, RUBIDOUX, CA, 92509

**COMMERCIAL CARRIER:** NAME, ADDRESS, CITY, STATE, ZIP
GSV TANSPORTATION INC, 7910 MISSION BLVD, RIVERSIDE,

**COMMERCIAL CARRIER PHONE:** INCLUDE AREA CODE

## DAMAGE

**DAMAGE SCALE**: 3
- 1 - NONE
- 2 - MINOR DAMAGE
- 3 - FUNCTIONAL DAMAGE
- 4 - DISABLING DAMAGE
- 9 - UNKNOWN

**DAMAGED AREA(S)** - INDICATE ALL THAT APPLY

- ☐ NO DAMAGE [0]
- ☐ UNDERCARRIAGE [14]
- ☐ TOP [13]
- ☐ ALL AREAS [15]
- ☐ UNIT NOT AT SCENE [16]

Damage diagram indicates areas 8 and 4.

## VEHICLE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| CA | YP21500 | 3AKGGLD59GSGC5194 | 2016 | FREIGHTLINER |

| INSURANCE VERIFIED ☐ | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| | | | WHI | OTHER/UNKNOWN |

**TYPE OF USE:** ☒ COMMERCIAL  ☐ GOVERNMENT  ☐ IN EMERGENCY RESPONSE

**US DOT #:** 3376950

**TOWED BY:** COMPANY NAME

**VEHICLE WEIGHT GVWR/GCWR:** 1
- 1 - ≤10K LBS.
- 2 - 10,001 - 26K LBS.
- 3 - > 26K LBS.

**HAZARDOUS MATERIAL:** ☐ MATERIAL RELEASED  ☐ PLACARD  CLASS #  PLACARD ID #

☐ INTERLOCK DEVICE EQUIPPED  ☐ HIT/SKIP UNIT

**# OCCUPANTS:** 2

**UNIT TYPE:** 15
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

**# OF TRAILING UNITS:** 2

**WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?** 0
1 - YES  2 - NO  9 - OTHER / UNKNOWN

**AUTONOMOUS MODE LEVEL:**
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - OTHER/UNKNOWN

**SPECIAL FUNCTION:** 1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE:** 1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN/ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS:**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER / UNKNOWN

**NON-MOTORIST LOCATION AT IMPACT:**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**ACTION:** 4
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN

**PRE-CRASH ACTIONS:** 99
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

**INITIAL POINT OF CONTACT:** 8
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

**CONTRIBUTING CIRCUMSTANCES:** 16
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

## TRAFFIC

**TRAFFICWAY FLOW:** 1
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL:** 6
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

**# OF THROUGH LANES ON ROAD:** 4

**RAIL GRADE CROSSING:** 1
1 - NOT INVLOVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION:**  FROM 4  TO 3
1 - NORTH
2 - SOUTH
3 - EAST
4 - WEST
5 - NORTHEAST
6 - NORTHWEST
7 - SOUTHEAST
8 - SOUTHWEST
9 - OTHER / UNKNOWN

## SEQUENCE OF EVENTS

**EVENTS:**
1: 20
2: 
3: 
4: 
5: 
6: 

1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER
19 - ANIMAL - OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK:**
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

**FIRST HARMFUL EVENT:** 1  **MOST HARMFUL EVENT:** 1

**UNIT SPEED:** 15

**POSTED SPEED:** 55

**DETECTED SPEED:** 1
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

PAGE 2 OF 5

# UNIT

210613582

## OWNER

| UNIT # | OWNER NAME: LAST, FIRST, MIDDLE (☐ SAME AS DRIVER) | OWNER PHONE: INCLUDE AREA CODE (☐ SAME AS DRIVER) |
|---|---|---|
| 2 | JONES, TIA, M | |

**OWNER ADDRESS:** STREET, CITY, STATE, ZIP (☐ SAME AS DRIVER)
13540 CAPETOWN AVE, PICKERINGTON, OH, 43147

**COMMERCIAL CARRIER:** NAME, ADDRESS, CITY, STATE, ZIP
**Commercial Carrier PHONE:** INCLUDE AREA CODE

## DAMAGE

**DAMAGE SCALE**

4
1 - NONE  3 - FUNCTIONAL DAMAGE
2 - MINOR DAMAGE  4 - DISABLING DAMAGE
9 - UNKNOWN

**DAMAGED AREA(S)** INDICATE ALL THAT APPLY

## VEHICLE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| OH | FZM7418 | 1G2ZG57B194170160 | 2009 | PONTIAC |

☐ INSURANCE VERIFIED | INSURANCE COMPANY | INSURANCE POLICY # | COLOR: BLU | VEHICLE MODEL: G6

**TYPE OF USE:** ☐ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE
**US DOT #**
**TOWED BY:** COMPANY NAME

☐ INTERLOCK DEVICE EQUIPPED ☐ HIT/SKIP UNIT
**# OCCUPANTS:** 1
**VEHICLE WEIGHT GVWR/GCWR:** 1 - ≤10K LBS. / 2 - 10,001 - 26K LBS. / 3 - > 26K LBS.
**HAZARDOUS MATERIAL:** ☐ MATERIAL RELEASED ☐ PLACARD  CLASS #  PLACARD ID #

**UNIT TYPE:** 1
1 - PASSENGER CAR
2 - PASSENGER VAN (MINIVAN)
3 - SPORT UTILITY VEHICLE
4 - PICK UP
5 - CARGO VAN
6 - VAN (9-15 SEATS)
7 - MOTORCYCLE 2-WHEELED
8 - MOTORCYCLE 3-WHEELED
9 - AUTOCYCLE
10 - MOPED OR MOTORIZED BICYCLE
11 - ALL TERRAIN VEHICLE (ATV/UTV)
12 - GOLF CART
13 - SNOWMOBILE
14 - SINGLE UNIT TRUCK
15 - SEMI-TRACTOR
16 - FARM EQUIPMENT
17 - MOTORHOME
18 - LIMO (LIVERY VEHICLE)
19 - BUS (16+ PASSENGERS)
20 - OTHER VEHICLE
21 - HEAVY EQUIPMENT
22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
23 - PEDESTRIAN/SKATER
24 - WHEELCHAIR (ANY TYPE)
25 - OTHER NON-MOTORIST
26 - BICYCLE
27 - TRAIN
99 - UNKNOWN OR HIT/SKIP

**# OF TRAILING UNITS:**

**WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?** 2
1 - YES  2 - NO  9 - OTHER/UNKNOWN
**AUTONOMOUS MODE LEVEL:** 0
0 - NO AUTOMATION
1 - DRIVER ASSISTANCE
2 - PARTIAL AUTOMATION
3 - CONDITIONAL AUTOMATION
4 - HIGH AUTOMATION
5 - FULL AUTOMATION
9 - OTHER/UNKNOWN

**SPECIAL FUNCTION:** 1
1 - NONE
2 - TAXI
3 - ELECTRONIC RIDE SHARING
4 - SCHOOL TRANSPORT
5 - BUS - TRANSIT/COMMUTER
6 - BUS - CHARTER/TOUR
7 - BUS - INTERCITY
8 - BUS - SHUTTLE
9 - BUS - OTHER
10 - AMBULANCE
11 - FIRE
12 - MILITARY
13 - POLICE
14 - PUBLIC UTILITY
15 - CONSTRUCTION EQUIP.
16 - FARM
17 - MOWING
18 - SNOW REMOVAL
19 - TOWING
20 - SAFETY SERVICE PATROL
21 - MAIL CARRIER
99 - OTHER / UNKNOWN

**CARGO BODY TYPE:** 1
1 - NO CARGO BODY TYPE / NOT APPLICABLE
2 - BUS
3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
4 - LOGGING
5 - INTERMODAL CONTAINER CHASSIS
6 - CARGOVAN /ENCLOSED BOX
7 - GRAIN/CHIPS/GRAVEL
8 - POLE
9 - CARGO TANK
10 - FLAT BED
11 - DUMP
12 - CONCRETE MIXER
13 - AUTO TRANSPORTER
14 - GARBAGE/REFUSE
99 - OTHER / UNKNOWN

**VEHICLE DEFECTS:**
1 - TURN SIGNALS
2 - HEAD LAMPS
3 - TAIL LAMPS
4 - BRAKES
5 - STEERING
6 - TIRE BLOWOUT
7 - WORN OR SLICK TIRES
8 - TRAILER EQUIPMENT DEFECTIVE
9 - MOTOR TROUBLE
10 - DISABLED FROM PRIOR ACCIDENT
99 - OTHER / UNKNOWN

**NON-MOTORIST LOCATION AT IMPACT:**
1 - INTERSECTION - MARKED CROSSWALK
2 - INTERSECTION - UNMARKED CROSSWALK
3 - INTERSECTION - OTHER
4 - MIDBLOCK - MARKED CROSSWALK
5 - TRAVEL LANE - OTHER LOCATION
6 - BICYCLE LANE
7 - SHOULDER/ROADSIDE
8 - SIDEWALK
9 - MEDIAN/CROSSING ISLAND
10 - DRIVEWAY ACCESS
11 - SHARED USE PATHS OR TRAILS
12 - FIRST RESPONDER AT INCIDENT SCENE
99 - OTHER / UNKNOWN

**ACTION:** 3  **PRE-CRASH ACTIONS:** 1
1 - NON-CONTACT
2 - NON-COLLISION
3 - STRIKING
4 - STRUCK
5 - BOTH STRIKING & STRUCK
9 - OTHER / UNKNOWN
1 - STRAIGHT AHEAD
2 - BACKING
3 - CHANGING LANES
4 - OVERTAKING/PASSING
5 - MAKING RIGHT TURN
6 - MAKING LEFT TURN
7 - MAKING U-TURN
8 - ENTERING TRAFFIC LANE
9 - LEAVING TRAFFIC LANE
10 - PARKED
11 - SLOWING OR STOPPED IN TRAFFIC
12 - DRIVERLESS
13 - NEGOTIATING A CURVE
14 - ENTERING OR CROSSING SPECIFIED LOCATION
15 - WALKING, RUNNING, JOGGING, PLAYING
16 - WORKING
17 - PUSHING VEHICLE
18 - APPROACHING OR LEAVING VEHICLE
19 - STANDING
20 - OTHER NON-MOTORIST
21 - STANDING OUTSIDE DISABLED VEHICLE
99 - OTHER / UNKNOWN

## EVENT(S)

**CONTRIBUTING CIRCUMSTANCES:** 1
1 - NONE
2 - FAILURE TO YIELD
3 - RAN RED LIGHT
4 - RAN STOP SIGN
5 - UNSAFE SPEED
6 - IMPROPER TURN
7 - LEFT OF CENTER
8 - FOLLOWING TOO CLOSE /ACDA
9 - IMPROPER LANE CHANGE
10 - IMPROPER PASSING
11 - DROVE OFF ROAD
12 - IMPROPER BACKING
13 - IMPROPER START FROM A PARKED POSITION
14 - STOPPED OR PARKED ILLEGALLY
15 - SWERVING TO AVOID
16 - WRONG WAY
17 - VISION OBSTRUCTION
18 - OPERATING DEFECTIVE EQUIPMENT
19 - LOAD SHIFTING /FALLING/SPILLING
20 - IMPROPER CROSSING
21 - LYING IN ROADWAY
22 - NOT DISCERNIBLE
23 - OPENING DOOR INTO ROADWAY
99 - OTHER IMPROPER ACTION

**SEQUENCE OF EVENTS:**
1: 20
2: 35
3:

**EVENTS:**
1 - OVERTURN/ROLLOVER
2 - FIRE/EXPLOSION
3 - IMMERSION
4 - JACKKNIFE
5 - CARGO / EQUIPMENT LOSS OR SHIFT
6 - EQUIPMENT FAILURE
7 - SEPARATION OF UNITS
8 - RAN OFF ROAD RIGHT
9 - RAN OFF ROAD LEFT
10 - CROSS MEDIAN
11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL
12 - DOWNHILL RUNAWAY
13 - OTHER NON-COLLISION
14 - PEDESTRIAN
15 - PEDALCYCLE
16 - RAILWAY VEHICLE
17 - ANIMAL - FARM
18 - ANIMAL - DEER
19 - ANIMAL -OTHER
20 - MOTOR VEHICLE IN TRANSPORT
21 - PARKED MOTOR VEHICLE
22 - WORK ZONE MAINTENANCE EQUIPMENT
23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
24 - OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT - STRUCK**
4:
5:
6:
25 - IMPACT ATTENUATOR / CRASH CUSHION
26 - BRIDGE OVERHEAD STRUCTURE
27 - BRIDGE PIER OR ABUTMENT
28 - BRIDGE PARAPET
29 - BRIDGE RAIL
30 - GUARDRAIL FACE
31 - GUARDRAIL END
32 - PORTABLE BARRIER
33 - MEDIAN CABLE BARRIER
34 - MEDIAN GUARDRAIL BARRIER
35 - MEDIAN CONCRETE BARRIER
36 - MEDIAN OTHER BARRIER
37 - TRAFFIC SIGN POST
38 - OVERHEAD SIGN POST
39 - LIGHT / LUMINARIES SUPPORT
40 - UTILITY POLE
41 - OTHER POST, POLE OR SUPPORT
42 - CULVERT
43 - CURB
44 - DITCH
45 - EMBANKMENT
46 - FENCE
47 - MAILBOX
48 - TREE
49 - FIRE HYDRANT
50 - WORK ZONE MAINTENANCE EQUIPMENT
51 - WALL
52 - BUILDING
53 - TUNNEL
54 - OTHER FIXED OBJECT
99 - OTHER / UNKNOWN

**FIRST HARMFUL EVENT:** 2  **MOST HARMFUL EVENT:** 2

## DAMAGE / TRAFFIC

☐ - NO DAMAGE [ 0 ]  ☐ - UNDERCARRIAGE [ 14 ]
☐ - TOP [ 13 ]  ☐ - ALL AREAS [ 15 ]
☐ - UNIT NOT AT SCENE [ 16 ]

**INITIAL POINT OF CONTACT:** 12
0 - NO DAMAGE
1-12 - REFER TO UNIT DIAGRAM
13 - TOP
14 - UNDERCARRIAGE
15 - VEHICLE NOT AT SCENE
99 - UNKNOWN

**TRAFFIC**

**TRAFFICWAY FLOW:** 1
1 - ONE-WAY
2 - TWO-WAY

**TRAFFIC CONTROL:** 6
1 - ROUNDABOUT
2 - SIGNAL
3 - FLASHER
4 - STOP SIGN
5 - YIELD SIGN
6 - NO CONTROL

**# OF THROUGH LANES ON ROAD:** 4

**RAIL GRADE CROSSING:**
1 - NOT INVOLVED
2 - INVOLVED-ACTIVE CROSSING
3 - INVOLVED-PASSIVE CROSSING

**UNIT / NON-MOTORIST DIRECTION**
FROM 3 TO 4
1 - NORTH  5 - NORTHEAST
2 - SOUTH  6 - NORTHWEST
3 - EAST  7 - SOUTHEAST
4 - WEST  8 - SOUTHWEST
9 - OTHER / UNKNOWN

**UNIT SPEED:** 55
**POSTED SPEED:** 55

**DETECTED SPEED:** 1
1 - STATED / ESTIMATED SPEED
2 - CALCULATED / EDR
3 - UNDETERMINED

PAGE 3 OF 5

# MOTORIST / NON-MOTORIST

## Unit 1
- **UNIT #:** 1
- **NAME:** SINGH, SANDEEP
- **DATE OF BIRTH:** 11/27/1985
- **AGE:** 35
- **GENDER:** M
- **ADDRESS:** 14520 VILLAGE DR APT 20007, FONTANA, CA, 92337
- **INJURIES:** 5
- **INJURED TAKEN BY:** 1
- **SAFETY EQUIPMENT USED:** 4
- **SEATING POSITION:** 1
- **AIR BAG USAGE:** 1
- **EJECTION:** 1
- **TRAPPED:** 1
- **OL STATE:** CA
- **OFFENSE CHARGED:** 2131.12A
- **LOCAL CODE:** X
- **OFFENSE DESCRIPTION:** "U" TURNS PROHIBITED
- **CITATION NUMBER:** CPD043227
- **OL CLASS:** 1
- **DRIVER DISTRACTED BY:** 1
- **CONDITION:** 1
- **ALCOHOL TEST:** STATUS 1, TYPE 1, VALUE .
- **DRUG TEST(S):** STATUS 1, TYPE 1

## Unit 2
- **UNIT #:** 2
- **NAME:** JONES, MICHAEL, T
- **DATE OF BIRTH:** 05/17/1971
- **AGE:** 50
- **GENDER:** M
- **ADDRESS:** 13540 CAPETOWN VE, PICKERINGTON, OH, 43147
- **INJURIES:** 2
- **INJURED TAKEN BY:** 2
- **EMS AGENCY:** CFD MEDIC 15
- **INJURED TAKEN TO:** GRANT MEDICAL CENTER
- **SAFETY EQUIPMENT USED:** 4
- **SEATING POSITION:** 1
- **AIR BAG USAGE:** 2
- **EJECTION:** 1
- **TRAPPED:** 3
- **OL STATE:** OH
- **OL CLASS:** 4
- **RESTRICTION:** 3
- **DRIVER DISTRACTED BY:** 1
- **CONDITION:** 1
- **ALCOHOL TEST:** STATUS 1, TYPE 1, VALUE .
- **DRUG TEST(S):** STATUS 1, TYPE 1

## Unit 3
(blank)

### Legend

**INJURIES:** 1-FATAL, 2-SUSPECTED SERIOUS INJURY, 3-SUSPECTED MINOR INJURY, 4-POSSIBLE INJURY, 5-NO APPARENT INJURY

**INJURIES TAKEN BY:** 1-NOT TRANSPORTED/TREATED AT SCENE, 2-EMS, 3-POLICE, 9-OTHER/UNKNOWN

**SAFETY EQUIPMENT:** 1-NONE USED, 2-SHOULDER BELT ONLY USED, 3-LAP BELT ONLY USED, 4-SHOULDER & LAP BELT USED, 5-CHILD RESTRAINT SYSTEM FORWARD FACING, 6-CHILD RESTRAINT SYSTEM REAR FACING, 7-BOOSTER SEAT, 8-HELMET USED, 9-PROTECTIVE PADS USED (ELBOWS, KNEES, ETC), 10-REFLECTIVE CLOTHING, 11-LIGHTING - PEDESTRIAN/BICYCLE ONLY, 99-OTHER/UNKNOWN

**SEATING POSITION:** 1-FRONT - LEFT SIDE (MOTORCYCLE DRIVER), 2-FRONT - MIDDLE, 3-FRONT - RIGHT SIDE, 4-SECOND - LEFT SIDE (MOTORCYCLE PASSENGER), 5-SECOND - MIDDLE, 6-SECOND - RIGHT SIDE, 7-THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR), 8-THIRD - MIDDLE, 9-THIRD - RIGHT SIDE, 10-SLEEPER SECTION OF TRUCK CAB, 11-PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP), 12-PASSENGER IN UNENCLOSED CARGO AREA, 13-TRAILING UNIT, 14-RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT), 15-NON-MOTORIST, 99-OTHER/UNKNOWN

**AIR BAG:** 1-NOT DEPLOYED, 2-DEPLOYED FRONT, 3-DEPLOYED SIDE, 4-DEPLOYED BOTH FRONT/SIDE, 8-NOT APPLICABLE, 9-DEPLOYMENT UNKNOWN

**EJECTION:** 1-NOT EJECTED, 2-PARTIALLY EJECTED, 3-TOTALLY EJECTED, 4-NOT APPLICABLE

**TRAPPED:** 1-NOT TRAPPED, 2-EXTRICATED BY MECHANICAL MEANS, 3-FREED BY NON-MECHANICAL MEANS

**OL CLASS:** 1-CLASS A, 2-CLASS B, 3-CLASS C, 4-REGULAR CLASS (OHIO = D), 5-M/C MOPED ONLY, 6-NO VALID OL

**OL ENDORSEMENT:** H-HAZMAT, M-MOTORCYCLE, P-PASSENGER, N-TANKER, Q-MOTOR SCOOTER, R-THREE-WHEEL MOTORCYCLE, S-SCHOOL BUS, T-DOUBLE & TRIPLE TRAILERS, X-TANKER/HAZMAT

**OL RESTRICTION(S):** 1-ALCOHOL INTERLOCK DEVICE, 2-CDL INTRASTATE ONLY, 3-CORRECTIVE LENSES, 4-FARM WAIVER, 5-EXCEPT CLASS A BUS, 6-EXCEPT CLASS A & CLASS B BUS, 7-EXCEPT TRACTOR-TRAILER, 8-INTERMEDIATE LICENSE RESTRICTIONS, 9-LEARNER'S PERMIT RESTRICTIONS, 10-LIMITED TO DAYLIGHT ONLY, 11-LIMITED TO EMPLOYMENT, 12-LIMITED - OTHER, 13-MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES), 14-MILITARY VEHICLES ONLY, 15-MOTOR VEHICLES WITHOUT AIR BRAKES, 16-OUTSIDE MIRROR, 17-PROSTHETIC AID, 18-OTHER

**DRIVER DISTRACTION:** 1-NOT DISTRACTED, 2-MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING), 3-TALKING ON HANDS-FREE COMMUNICATION DEVICE, 4-TALKING ON HAND-HELD COMMUNICATION DEVICE, 5-OTHER ACTIVITY WITH AN ELECTRONIC DEVICE, 6-PASSENGER, 7-OTHER DISTRACTION INSIDE THE VEHICLE, 8-OTHER DISTRACTION OUTSIDE THE VEHICLE, 9-OTHER/UNKNOWN

**CONDITION:** 1-APPARENTLY NORMAL, 2-PHYSICAL IMPAIRMENT, 3-EMOTIONAL (E.G. DEPRESSED, ANGRY, DISTURBED), 4-ILLNESS, 5-FELL ASLEEP, FAINTED, FATIGUED, ETC, 6-UNDER THE INFLUENCE OF MEDICATIONS/DRUGS/ALCOHOL, 9-OTHER/UNKNOWN

**TEST STATUS:** 1-NONE GIVEN, 2-TEST REFUSED, 3-TEST GIVEN, CONTAMINATED SAMPLE/UNUSABLE, 4-TEST GIVEN, RESULTS KNOWN, 5-TEST GIVEN, RESULTS UNKNOWN

**ALCOHOL TEST TYPE:** 1-NONE, 2-BLOOD, 3-URINE, 4-BREATH, 5-OTHER

**DRUG TEST TYPE:** 1-NONE, 2-BLOOD, 3-URINE, 4-OTHER

**DRUG TEST RESULT(S):** 1-AMPHETAMINES, 2-BARBITURATES, 3-BENZODIAZEPINES, 4-CANNABINOIDS, 5-COCAINE, 6-OPIATES/OPIOIDS, 7-OTHER, 8-NEGATIVE RESULTS

**GENDER:** F-FEMALE, M-MALE, U-OTHER/UNKNOWN

PAGE 4 OF 5

# OCCUPANT / WITNESS ADDENDUM

210613582

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| 1 | KUMAR, HARSHIT | 11/27/1998 | 22 | M |

**ADDRESS:** STREET, CITY, STATE, ZIP
11101 VALERIO ST, SUN VALLEY, CA, 91352

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS Agency (NAME) | INJURED TAKEN TO: Medical Facility (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 1 | | | 99 | ☐ | 10 | 1 | 1 | 1 |

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS Agency (NAME) | INJURED TAKEN TO: Medical Facility (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | |

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS Agency (NAME) | INJURED TAKEN TO: Medical Facility (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | |

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| INJURIES | INJURED TAKEN BY | EMS Agency (NAME) | INJURED TAKEN TO: Medical Facility (NAME, CITY) | SAFETY EQUIPMENT | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☐ | | | | |

### INJURIES
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

### INJURED TAKEN BY
1 - NOT TRANSPORTED / TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

### GENDER
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

### SAFETY EQUIPMENT USED
1 - NONE USED - VEHICLE OCCUPANT
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOWS, KNEES, ETC)
10 - REFLECTIVE CLOTHING
11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

### SEATING POSITION
1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT - MIDDLE
3 - FRONT - RIGHT SIDE
4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND - MIDDLE
6 - SECOND - RIGHT SIDE
7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD - MIDDLE
9 - THIRD - RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT SUCH AS A BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

### AIR BAG USAGE
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT/SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

### EJECTION
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

### TRAPPED
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS

| WITNESS | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| WITNESS | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE

| WITNESS | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| | | | | |

**ADDRESS:** STREET, CITY, STATE, ZIP

**CONTACT PHONE** - INCLUDE AREA CODE